## James A. Maguire, v. Lux Cleaners, Inc.
## Lux Cleaners, Inc., Appellee, v. Joseph Mottle, Trading as ''Mottle Cleaners,'' Appellant.

### Gen. No. 41,292.

opinion filed December 23, 1940. John E. Pavlik and Roman E. Posanski, for appellant; Robert A. Meier III, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''